## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEVIN J. MARTIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO.　25-2187 |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT.

　　　PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, Portfolio Recovery Associates, LLC (the "Defendant"), hereby removes the above-captioned action to this Court based upon the following supporting grounds:

　　　1.　　The Defendant was served with the Small Claims Writ and Notice of Suit on or about December 2, 2025. The caption of the complaint is as follows: *Devin J. Martin v. Portfolio Recovery Associates, LLC*.

　　　2.　　A copy of the Plaintiff's Statement of Claim and Supporting Facts and all other process and pleadings served on the Defendant is attached as Exhibit A.

　　　3.　　Removal is timely under 28 U.S.C. § 1446(b), as fewer than 30 days have elapsed since the Defendant was served with process. *See, e.g.*, *Murphy Bros, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350-51 (1999) ("one becomes a party officially, and is required to take action in that capacity, only upon service of a summons or other authority-asserting measure stating the time within which the party served must appear and defend").

4.  Removal of this action to this Court is permissible pursuant to federal question jurisdiction under the provisions of 28 U.S.C. § 1441(a) because it is a civil action founded on a claim or right arising under the laws of the United States, to wit, the Fair Debt Collection Practices Act ("FDCPA") and the Fair Credit Reporting Act ("FCRA"). (*See* Ex. A.)

5.  The FDCPA expressly provides that "[a]n action to enforce any liability created by this title may be brought in any appropriate United States District Court without regarding the amount in controversy." *See* 15 U.S.C. § 1692k(d); *see also Gardner v. TBO Capital LLC*, 986 F. Supp. 2d 1324, 1329 (N.D. Ga. 2013) ("It is undisputed that the Court has Federal question subject-matter jurisdiction over plaintiffs' FDCPA claim."); *Clayton v. EMC Mortg. Corp.*, 2010 WL 1817341 at *1 (M.D. Fla. May 5, 2010) ("The Amended Complaint clearly alleges a claim under the FDCPA, and, therefore, provides federal question jurisdiction.").

6.  Similarly, the FCRA expressly provides that "[a]n action to enforce any liability created under this title [15 USCS §§ 1681 et seq.] may be brought in any appropriate United States district court, without regard to the amount in controversy . . . ." *See* 15 U.S.C.S. § 1681p; *see also Okolie v. Trans Union LLC*, 99-CV-2687 (JG), 1999 U.S. Dist. LEXIS 9946, at *3 (E.D.N.Y. June 30, 1999) ("Because plaintiff expressly alleges a violation of the Fair Credit Reporting Act in his complaint, this Court has original jurisdiction over that claim regardless of the amount in controversy.").

7.  In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this removal notice will be given to the Plaintiff, and will be filed with the Clerk of Courts for the Connecticut Superior Court, Judicial District of New Haven, following the filing of this notice.

WHEREFORE, the Defendant, Portfolio Recovery Associates, LLC, hereby removes this action from the Small Claims Court, Connecticut Superior Court, Judicial District of New Haven, to the United States District Court for The District of Connecticut.

> Respectfully submitted,
> Portfolio Recovery Associates, LLC
>
> By: Its Attorneys,
>
> */s/ Megan E. Ryan*
>
> _____
> Aaron A. Fredericks, ct29871
> Megan E. Ryan, ct31899
> HINSHAW & CULBERTSON LLP
> 53 State Street, 27th Floor
> Boston, MA 02109
> Tel: 617-213-7000/Fax: 617-213-7001
> afredericks@hinshawlaw.com
> meganryan@hinshawlaw.com

Date:   December 31, 2025

## CERTIFICATE OF SERVICE

I, Megan E. Ryan, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). A copy of this document will also be sent by first class mail as follows:

Devin J. Martin
144 Goffe Terrace
New Haven, CT 06511

> /s/ *Megan E. Ryan*
> Megan E. Ryan